UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-578-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

TONY CANALES,
Reg. No. 48784-004
_____/

### ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE AND AMENDING ORDER OF JUDGMENT

THIS MATTER having come before the Court upon the Government's Motion for Reduction of Sentence imposed as to the Defendant, Tony Canales, pursuant to Rule 35(b), Federal Rules of Criminal Procedure, as amended. The Court having considered the motion, the Defendant's response, and being fully advised as to the facts and circumstances of this case, it is

ORDERED that the Government's Motion for Reduction of the Sentence imposed as to the Defendant, Tony Canales, is hereby **GRANTED**, it being further

ORDERED AND ADJUDGED that the Judgment in a Criminal Case, entered September 17, 1996, is hereby **AMENDED**, as follows:

> "...The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **One Hundred Forty One (141) Months.**"

it being further

ORDERED AND ADJUDGED that all other provisions of the Judgment in a Criminal Case, entered September 17, 1996, shall remain in full force and effect.

DONE AND ORDERED, in Miami, Florida, this _28th_ day of March, 2008.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    Bureau of Prisons
    U.S. Marshals Service
    U.S. Probation Office